UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | ) | |
| | ) | C.A. No. 06-0412S |
| V. | ) | CR No. 03-70-01S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR LEAVE TO FILE REPLY TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C.A. 22-55- FEDERAL-D.P.R.**

NOW COMES the petitioner, LUIS R. OLIVERA , and hereby moves this honorable court for leave to file a reply to the government's response to his section 2255 motion to vacate his sentence. The Government's filing sets forth issues that the petitioner did not address in his original filing. These issues warrant a response in order to present the court with a complete understanding of the law applicable in this case. **See Berges v. U.S., 37 F. Supp. 2d 1116, 118 (D.P.R. 199), aff'd, 2000 WL 147595 ( 1st Cir. 2000) ( petitioner filed brief in reply to the government's response to petitioner's 2255 motion); Reyes Mercado v. U.S., 962 F. Supp. 12, 13 ( D.P.R. 1997) (same); Valencia Lucena v. U.S., 933 F. Supp. 129, 130 ( D.P.R. 1996) (same);Lopez v. U.S., 857 F. Supp. 1000, 1001 ( D.P.R. 1994), judgment aff'd, 47 F.3d 1156 ( 1st Cir. 1995) (same).** Petitioner has filed herewith the memorandum of law replying to the government's responsive pleading.

Respectfully submitted,

Luis R. Olivera

Dated:

Luis R. Olivera pro-se
PO BOX 8249
Cranston, R.I. 02920
I.D.# 99710

**CERTIFICATE OF SERVICE**

I, the undersign, hereby swear and certify that I have mailed a true and correct copy of this foregoing Motion to the United States Attorney's Office, 50 KENNEDY plaza 8th floor, Providence, R.I. 02903. on this 9th Day of January, 2007, I caused the within petitioner's reply to the government response to his 2255 motion to vacate, set aside, or correct sentence.

Luis R. Olivera

Luis R. Olivera pro- se
P.O. BOX 8249
Cranston, R.I. 02920
I.D # 99710

Dated: 1-09-07