IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | ) | |
| | ) | C.A. No. 06-0412S |
| v. | ) | CR No. 03-70-01S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR LEAVE TO FILE A REPLY

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby responds to Petitioner's Motion For Leave To File a Reply for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2007, I caused the within Government's Response to Petitioner's Motion For Leave to File a Reply to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid to:

I.D.#99710
Luis Olivera
Adult Corrections Institution
P.O. Box 8249
Cranston, RI 02920

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS OLIVERA | ) | |
| | ) | C.A. No. 06-0412S |
| v. | ) | CR No. 03-70-01S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

MEMORANDUM IN SUPPORT OF GOVERNMENT'S
RESPONSE TO PETITIONER'S MOTION FOR LEAVE
TO FILE A REPLY

Petitioner has moved the Court for leave to file a reply to the Government's Objection to Petitioners Motion under 28 U.S.C. § 2255. Rule 5 of Rules Governing Section 2255 Proceedings, The Answer and the Reply, in subsection (d) states:

> The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge.

In this instance petitioner in his reply has made new assertions on issues he did not address in his original motion i.e. "cause" for not raising the issues on direct appeal and "actual prejudice."

If petitioner is permitted to make these new assertions in

his reply the government asks for permission to address them in a responsive memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2007, I caused the within Memorandum In Support of Government's Response to Petitioner's Motion for Leave to File a Reply to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid to:

I.D.#99710
Luis Olivera
Adult Corrections Institution
P.O. Box 8249
Cranston, RI 02920

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov