# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LUIS OLIVERA** | ) | |
| | ) | **C.A. No. 06-0412S** |
| **V.** | ) | **CR No. 03-70-01S** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**MOTION FOR LEAVE TO FILE AN AMENDED REPLY TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C.A. 22-55-FEDERAL-D.P.R.**

NOW COMES the petitioner, LUIS R. OLIVERA , and hereby moves this honorable court for leave to file a reply to the government's response to his section 2255 motion to vacate his sentence. The Government's filing sets forth issues that the petitioner did not address in his original filing. These issues warrant a response in order to present the court with a complete understanding of the law applicable in this case. **See Berges v. U.S., 37 F. Supp. 2d 1116, 118 (D.P.R. 199), aff'd, 2000 WL 147595 ( 1st Cir. 2000) ( petitioner filed brief in reply to the government's response to petitioner's 2255 motion); Reyes Mercado v. U.S., 962 F. Supp. 12, 13 ( D.P.R. 1997) (same); Valencia Lucena v. U.S., 933 F. Supp. 129, 130 ( D.P.R. 1996) (same);Lopez v. U.S., 857 F. Supp. 1000, 1001 ( D.P.R. 1994), judgment aff'd, 47 F.3d 1156 ( 1st Cir. 1995) (same).** Petitioner has filed herewith the memorandum of law replying to the government's responsive pleading.

Respectfully submitted,

Luis R. Olivera

Dated:

Luis R. Olivera pro-se
PO BOX 8249
Cranston, R.I. 02920
I.D.# 99710

# CERTIFICATE OF SERVICE

I, the undersign, hereby swear and certify that I have mailed a true and correct copy of this foregoing Motion to the United States Attorney's Office, 50 KENNEDY plaza 8th floor, Providence, R.I. 02903. on this 12th Day of Feburary, 2007, I caused the within petitioner's amened reply to the government response to his 2255 motion to vacate, set aside, or correct sentence.

Luis R Olivera

Luis R. Olivera pro- se
P.O. BOX 8249
Cranston, R.I. 02920
I.D # 99710

Dated: 2-13-07

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS R. OLIVERA** | ) | |
| | ) | |
| **V.** | ) | **C.A. No. 06-0412S** |
| | ) | |
| | ) | **CR No. 03-70-01S** |
| **UNITED STATES OF AMERICA** | ) | |

NOW COMES PETITIONER, **LUIS R. OLIVERA**, AND RESPECTFULLY URGES THIS HONORABLE COURT TO GRANT HIM LEAVE TO AMEND HIS REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C.A. 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY PERSON IN FEDERAL CUSTODY. THIS IS THE MEMORANDUM IN SUPPORT FOR DEFENDANT'S REPLY TO GOVERNMENT'S OBJECTION.

**Government has failed to rebutt the fact's of this case**

**1#** That the petitioner's was not aware of the effect's of supervised release as required by **Rule 11 ( C) (1).**

**2#** That the petitioner received a sentence in excess of the 10 years he was advised of at his plea hearing.

**3#** That the petitioner's substantial rights were affected.

**4#** Government has failed to rebutt the petitioner's showing that he would of not pleaded guilty if he had been aware of said consequences.

**5#** The petitioner's showing that he was prejudice by the error.

The government's only contention is that petitioner's has not shown any prejudice, which the petitioner has clearly shown he was prejudice by the error in his reply to the government's

memorandum of law.

The government's other contention is that the petitioner should of direct appeal this issue, which the petitioner has shown cause as to why he did not appeal in his reply to the government's memorandum of law.

The government has failed to rebutt the issues in the petitioner's memorandum of law as to the **Rule 11 Violation** which are not only mere technical violation's and which resulted in prejudice to the petitioner and affected his substantial rights, had petitioner know of the said consequences he would of not plead guilty, as petitioner received a sentence in excess of the maximum he was advise of at his plea hearing which prejudice him and affected his substantial rights.

The United States Supreme court in **UNITED STATES V. TIMMRECK (1979) 441 US 780, 60 L.ED 2D 634, 99 S CT 2085.** Would of adopted the defendant's ( TIMMRECK) position if the defendant had shown that he would not have pleaded guilty if he had been aware of the consequences of the plea.

Here petitioner has shown that he would of not plead guilty if he had been aware of the said consequences of the plea.
Petitioner plead guilty to avoid the maximum sentence, then when he was sentence he received a sentence in excess of what he was told was the maximum he could receive which was 10 years imprisonment.
This case is not like **Timmreck,** were in Timmreck he received a combined sentence of 15 years which he knew he could received if he pleaded guilty, the court went on to say that Timmreck had not suffered any prejudice inasmuch as he had received a sentence within the maximum described to him at the time the guilty plea was accepted, here the petitioner's sentence was in excess of what he was told was the maximum, here the petitioner has shown that he would of not plead guilty if he was correctly informed of the direct consequences of the plea which prejudice him and affected his substantial rights as he received a sentence in excess of the 10 years he was told of.

The violation of **RULE 11** which petitioner complaints does result in a complete miscarriage of justice and/or is inconsistent with the rudimentary demands of a fair procedure.

Therefor, under **Timmreck,** the district court failure to comply with **RULE 11** does support petitioner's claim for section 22-55 relief from his guilty plea or his sentence, and the government has failed to rebutt this issue.

## CONCLUSION

This case should be dismissed with prejudice or in alternative the petitioner should be allowed to plea anew.

WHEREFORE, for all the foregoing reasons, the petitioner, LUIS R. OLIVERA, pray's that this court grant's the proper remedy or relief in this 22-55 motion to vacate, set aside or correct a sentence by a person in federal custody.

Respectfully submitted

Luis R. Olivera

LUIS R. OLIVERA Pro-SE
P.O. BOX 8249
CRANSTON, R.I. 02920
ID# 99710

DATED: **2- 13-07**