# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

Luis Olivera

Plaintiff

V.

Case Number: C.A. 06-412S

United States of America

Defendant

Jury Verdict.

X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment shall enter for the Defendant, United States of America against the Plaintiff, Luis Olivera pursuant to the Court's Memorandum and Order dated October 1, 2007, denying and dismissing Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255.

BY ORDER:

October 2, 2007
Date

Deputy Clerk